# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

139788(193)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DAVID ASLANI and SHEILA KNUBBE,
     Plaintiffs-Appellants,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, KEVIN THEODORE
SIMON, and JOSEPH KIRCHMAIER,
     Defendants-Appellees.

SC: 139788
COA: 284572
Wayne CC: 06-625234-NF
       07-703871-NI

_____/

     On order of the Court, the motion for reconsideration of this Court's January 22, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

_____
Clerk

p0419